**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.05-cv-01587-REB-PAC

GREASE MONKEY INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

LUBE WORKS, LLC., a North Carolina limited liability company,
FLORIDA PRIDE, INC., a Florida corporation, and
DAVID C. PLYLER,

    Defendants.

## MINUTE ORDER

    The Unopposed Motion of Defendants Lube Works, LLC, Florida Pride, Inc., and David C. Plyler to Set a Date for Response to Motion for Preliminary Injunction [#14], filed September 23, 2005, is GRANTED.  Defendants shall have until **October 13, 2005**, in which to respond to the motion for preliminary injunction.

Dated:  September 26, 2005
---------------------------------------------------------------------------------------------------------------