**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.05-cv-01587-REB-PAC

GREASE MONKEY INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

LUBE WORKS, LLC., a North Carolina limited liability company,
FLORIDA PRIDE, INC., a Florida corporation, and
DAVID C. PLYLER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    December 9, 2005, the parties filed a **Stipulation for Dismissal with Prejudice** [#43]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#43], filed December 9, 2005, is **APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for January 19, 2007, is **VACATED**;

    4.  That the jury trial set to commence February 7, 2007, is **VACATED**. and

    5.  That any pending motion is **DENIED** as moot.

Dated December 9, 2005, at Denver, Colorado.

                                                      BY THE COURT:

                                                      s/ Robert E. Blackburn
                                                      Robert E. Blackburn
                                                      United States District Judge